# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ADRIAN MARSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHCROSS ENERGY PARTNERS, L.P., SOUTHCROSS ENERGY PARTNERS GP, LLC, SOUTHCROSS HOLDINGS LP, SOUTHCROSS HOLDINGS GP LLC, BRUCE A. WILLIAMSON, DAVID W. BIEGLER, ANDREW A. CAMERON, NICHOLAS J. CARUSO, JR., JASON H. DOWNIE, JERRY W. PINKERTON, RANDALL S. WADE, BRET M. ALLAN, AMERICAN MIDSTREAM PARTNERS, LP, and CHEROKEE MERGER SUB LLC,<br><br>　　　　　　Defendants. | Case No. 3:18-CV-00272-D<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

## NOTICE OF VOLUNTARY DISMISSAL

　　Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Adrian Marshall ("Plaintiff") hereby voluntarily dismisses Plaintiff's individual claims in the above-captioned action (the "Action") with prejudice and without prejudice as to all other members of the putative class. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: April 11, 2018                    Respectfully submitted,

                                         */s/ Marc R. Stanley*
                                         Marc R. Stanley
                                         State Bar No. 19046500
                                         marcstanley@mac.com
                                         Martin Woodward
                                         State Bar No. 00797693
                                         mwoodward@stanleylawgroup.com
                                         Scott Kitner
                                         State Bar No. 24065563
                                         skitner@stanleylawgroup.com

                                         **STANLEY LAW GROUP**
                                         6116 North Central Expressway, Suite 1500
                                         Dallas, Texas 75206
                                         (214) 443-4300
                                         (214) 443-0358

                                         *Attorneys for Plaintiff*

**OF COUNSEL:**

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
821 Franklin Ave, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
Email: jml@jlclasslaw.com